IN THE UNITED STATES DISTRIC COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG

MARKS CONSTRUCTION CO., INC.
a West Virginia Corporation, on behalf
of the Marks Construction Co., Inc. 401(k)
Profit Sharing Plan
and
JAMES MARKS, KAREN MARKS,
ANGELA DAVIS, and RICHARD STRAIGHT,
all individual participants thereunder,

Plaintiffs,

v.   Civil Action No. 1:05CV73
(Judge Frederick P. Stamp, Jr.)

THE HUNTINGTON NATIONAL BANK and
SHARON HUGHES,

Defendants.

## ORDER WITHDRAWING APPEARANCE

Kevin A. Wiggins, having filed his Motion for Withdrawal of Appearance, and the Court being duly advised, now finds that same should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the appearance of Kevin A. Wiggins on behalf of the Defendants is hereby withdrawn.

DATED: *October 29, 2007*

*/s/ Frederick P. Stamp, Jr./*
The Honorable Frederick P. Stamp, Jr.

CL1192981.1