IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG

MARKS CONSTRUCTION CO., INC.
a West Virginia Corporation, on behalf
of the Marks Construction Co., Inc. 401(k)
Profit Sharing Plan
and
JAMES MARKS, KAREN MARKS,
ANGELA DAVIS, and RICHARD STRAIGHT,
all individual participants thereunder,

      Plaintiffs,

v.              Civil Action No. 1:05CV73
                (Judge Frederick P. Stamp, Jr.)

THE HUNTINGTON NATIONAL BANK and
SHARON HUGHES,

      Defendants.

## NOTICE OF APPEAL

  Notice is hereby given that The Huntington National Bank and Sharon Hughes hereby appeal to the United States Court of Appeals for the Fourth Circuit from the Judgment in a Civil Action entered on August 27, 2010.

  Dated this 22nd day of September, 2010.

              Respectfully submitted:

              /s/ Sara E. Hauptfuehrer
              Sara E. Hauptfuehrer (WV Bar ID # 8931)
              STEPTOE & JOHNSON PLLC
              400 White Oaks Boulevard
              Bridgeport, WV  26330
              (304) 933-8000

5512849

        John R. Callcott (WV Bar ID # 9206)
        STEPTOE & JOHNSON PLLC
        United Center
        P.O. Box 1616
        Morgantown, WV  26505
        (304) 598-8000

*Counsel for The Huntington National Bank and Sharon Hughes*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2010, I electronically filed the foregoing "Notice of Appeal" with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

>Michael J. Romano, Esquire
>Attorney at Law
>128 S. Second Street
>Clarksburg, WV 26301
>
>Joseph A. Garofalo, Esquire
>ERISA Law Partners LLP
>22 Battery Street, Suite 1000
>San Francisco, CA  94111

>/s/ Sara E. Hauptfuehrer
>Sara E. Hauptfuehrer (WV Bar ID # 8931)
>STEPTOE & JOHNSON PLLC
>400 White Oaks Boulevard
>Bridgeport, WV  26330
>(304) 933-8000
>
>*Counsel for The Huntington National Bank and Sharon Hughes*

5512849